UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                    )
                                          )
DARRELL LEON ALSTON        )        CASE NO: 22-31911
                                          )
                                          )
                    DEBTOR(s)   )

**SCHEDULE OF ALLOWED CLAIMS**

The debtor(s), DARREN LEON ALSTON, states that the following claims have been duly proven and should be allowed as unsecured and paid in accordance with the Order of Confirmation:

Navy Federal Credit Union
Po Box 3000
Merrifield, VA 22119
Pay: $5,230.31 Unsecured
Account #8663

Navy Federal Credit Union
Po Box 3000
Merrifield, VA 22119
Pay: $624.20 Unsecured
Account #2710

CLAIM #4-Order terminating was signed 12/6/2/22.
120 rule has not lapsed for filing of deficiency balance

Jefferson Capital Systems
PO Box 772813
Chicago, IL 60677
Pay: $299.67 Unsecured
Account #6676

Portfolio Recovery
PO Box 12914
Norfolk, VA 23541
Pay: $1,576.47 Unsecured
Account #6935

CLAIM #8-Motion to be filed to correct the OC

CLAIM #9-Motion to be filed to correct the OC

Credit Bureau Systems
PO Box 8249
Paducah, Kentucky 42002
Pay: $63.00 Unsecured
Account #0363

Credit Bureau Systems
PO Box 8249
Paducah, Kentucky 42002
Pay: $184.00 Unsecured
Account #9884

This 9th day of January, 2023.

/s/ Kimberly L. Staples
KIMBERLY L. STAPLES
MUSSELWHITE, MEINHART & STAPLES
385 WEST LINCOLN TRAIL BLVD.
RADCLIFF, KY 40160
270-351-6032