UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
DARRELL LEON ALSTON ) CASE NO: 22-31911
)
DEBTOR(s) )

## MOTION TO ACCEPT OFFER

Come the debtor(s), DARRELL LEON ALSTON, by counsel, and moves the Court to permit the debtors to accept the sum of $13,208.14 as a gross settlement in the accident involving the 2013 Jaguar XF. That said amount shall be paid to the first lienholder USAA in the amount of $7,912.00. USAA shall release the lien within 30 days from receipt of payment.

That the remaining proceeds be issued to the co-debtor Trina Alston who was awarded said vehicle in parties divorce.

Respectfully submitted,

/s/ Kimberly L. Staples
KIMBERLY L. STAPLES
MUSSELWHITE, MEINHART & STAPLES
385 W. Lincoln Trail Blvd.
Radcliff, Kentucky 40160
(270) 351-6032

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th of April, 2023, a true and correct copy of the foregoing was mailed or sent by electronic filing to the Hon. William W Lawrence and to all creditors listed on the mailing matrix:

/s/ Kimberly L. Staples
KIMBERLY L. STAPLES